```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

BAUDELIO GONZALEZ REYES,       )
                               )
          Petitioner,          )
                               )
     v.                        )    C.A. No. 19-12595-PBS
                               )
ANTONE MONIZ,                  )
                               )
          Respondent.          )
                               )
```

**ORDER**

**December 31, 2019**

Saris, C.J.

Immigration detainee Baudelio Gonzalez Reyes, who is confined at the Plymouth County Correctional Facility ("PCCF"), has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Accordingly, this Court hereby orders that:

1. PCCF Superintendent Antone Moniz shall be the sole respondent. See Rumsfeld v. Padilla, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action); Vasquez v. Reno, 233 F.3d 688, 696 (1st Cir. 2000) (same, as applied to immigration detainee).

2. The Clerk of this Court shall serve a copy of the Petition upon Superintendent Moniz and the United States Attorney for the District of Massachusetts.

3. Respondent shall, no later than Tuesday, January 21, 2020, file a motion for the grant or denial of the Petition and a memorandum in support thereof.

4. To give the Court time to consider the matter, unless otherwise ordered by the Court, Petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor.  Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P. 6(a)(2)(C).

SO ORDERED.

                                        /s/ Patti B. Saris
                                        PATTI B. SARIS
                                        CHIEF, U.S. DISTRICT JUDGE