UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| BAUDELIO GONZALEZ REYES,<br>*Petitioner*, | Civil No. 1:19-cv-12595-PBS |
| v. | **NOTICE OF DISMISSAL** |
| ANTONE MONIZ,<br>*Respondent*. | |

_____

Pursuant to Federal Rule of Civil Procedure 41(a), Petitioner, by and through counsel, hereby notifies the Court, the clerk, and all parties of the voluntary dismissal of this case. On January 15, 2020, Petitioner was granted cancellation of removal by the Boston Immigration Court. He has since been released from detention. As such, his petition for a writ of habeas corpus is now moot.

Respectfully submitted,

Dated: January 16, 2020

 /s/ *Marin Tollefson Almeida*
MARIN TOLLEFSON ALMEIDA
Attorney for Petitioner
Justice Center of Southeast Massachusetts
62 Main Street, Suite 302
Brockton, MA 02301
(508) 580-6615
mtollefsonalmeida@justicema.org

**CERTIFICATE OF SERVICE**

I, Marin Tollefson Almeida, Attorney for Petitioner, hereby certify that this document was filed on the above date through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants on the same date.

 /s/ *Marin Tollefson Almeida*
MARIN TOLLEFSON ALMEIDA
Attorney for Petitioner